UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LIPPS,<br><br>          Plaintiff,<br><br>    v.<br><br>SUTTER AMADOR HOSPITAL, et. al.,<br><br>          Defendants. | No. 2:15-cv-02485 GEB AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 15, 2017, the court dismissed plaintiff's complaint (ECF No. 1) after finding that it did not state a cognizable federal claim. ECF No. 9. The court gave plaintiff an opportunity to amend, and ordered that any amended complaint be filed within thirty days. Id. at 5. The thirty day deadline has elapsed and plaintiff has not filed either an amended complaint or a request for an extension of time. He was warned that failure to comply with the court's order could result in dismissal of this action. Id. at 6. The district court has authority to dismiss a pro se plaintiff's action for failure to prosecute. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629 (1962).

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order.

        These findings and recommendations are submitted to the United States District Judge

1

assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Local Rule 304(b).  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 17, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE